Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

Alexandria Division

| | |
|---|---|
| George Curtis <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> OHM Concession Group, LLC, Outstanding Hospitality Management, LLC d/b/a Good Stuff Eatery, Sunnyside Group, LLC d/b/a Sunnyside <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1:19cv27-LO-JFA <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | George Curtis |
   | Street Address | 621 Hampton Drive |
   | City and County | Oxon Hill |
   | State and Zip Code | Maryland 20745 |
   | Telephone Number | 202-749-1074 |
   | E-mail Address | George.Curtis224@gmail.com |

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | OHM Concession Group, LLC |
| Job or Title *(if known)* | |
| Street Address | 10812 St. Charles Rock Road |
| City and County | Saint Ann |
| State and Zip Code | MO 63074-0000 |
| Telephone Number | (314) 209-9200 |
| E-mail Address *(if known)* | milan@ohmgroup.com |

Defendant No. 2

| | |
|---|---|
| Name | Outstanding Hospitality Mgmt., LLC d/b/a Good Stuff Eatery |
| Job or Title *(if known)* | |
| Street Address | 10812 St. Charles Rock Road |
| City and County | Saint Ann |
| State and Zip Code | MO 63074-0000 |
| Telephone Number | 314-209-9200 |
| E-mail Address *(if known)* | milan@ohmgroup.com |

Defendant No. 3

| | |
|---|---|
| Name | Sunnyside Group LLC d/b/a Restaurant Group |
| Job or Title *(if known)* | |
| Street Address | 303 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | DC 20003 |
| Telephone Number | 202-543-8222 |
| E-mail Address *(if known)* | mendharv@aol.com |

Defendant No. 4

| | |
|---|---|
| Name | Shady Abed |
| Job or Title *(if known)* | General Manager, Good Stuff Eatery |
| Street Address | 1 Smith Boulevard |
| City and County | Arlington |
| State and Zip Code | VA 22202 |
| Telephone Number | 703-417-1636 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Outstanding Hospitality Mgmt. d/b/a Good Stuff Eatery |
| Street Address | 1 Smith Boulevard |
| City and County | Arlington |
| State and Zip Code | Virginia 22202 |
| Telephone Number | 703-417-1636 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☒ Relevant state law *(specify, if known)*:

(1) Wrongful Termination in Violation of Public Policy - For Reporting Violations of Food Safety Code (Virginia's public policy exception to at-will employment first recognized in Bowman v. State Bank of Keysville, 331 S.E.2d 797, 801 (Va. 1985); McFarland v. Va. Ret. Servs. of Chesterfield, L.L.C., 477 F. Supp. 2d 727, 732 (E.D. Va. 2007) (noting that a "lawsuit brought under this exception is known as a 'Bowman claim'"); see also 21 U.S.C. § 399d; U.S. Food Code per Arlington County Code 9.2-3) (2) Intentional Infliction of Emotional Distress (Va. Code § 8.01-243); (3) Assault, (Va. Code § 8.01-243), (4) The Fraud and Abuse Whistle Blower Protection Act (Va. Code tit. 2.2, ch. 30.1)); (5) Virginia Human Rights Act.

☒ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

(1) Arlington County Code § 31-3 B.1.b

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: Threatening to cut my tongue out with a knife, and then slandering me to MWAA police by telling them I threatened a manager; theft of my pay, demoting me for notifying them about material from a crumbling wall falling into the food, making derogatory comments referring to me as not being a pretty girl and similarly derogatory comments

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Primarily on various dates between October 2017 and when I was terminated on or about December 27, 2018. Shady Abed threatened to cut my tongue out on December 22, 2018. I was demoted on December 20, 2017 for making "too many" complaints about food safety; a health inspector from the agency I contacted visited Good Stuff Eatery on December 29, 2017 and gave OHM until January 31, 2017 to fix the food safety violation. On December 21, 2017, Shady Abed said "You can get your hands dirty or break a nail. You're not a prima donna or a pretty girl." That same day, after I was demoted, shift manager Jazmin Asiamah ridiculed me, stating, "Your gay ass does not need to be here. Your ass needs to be terminated. Your pretty ass just sits there. They should have fired you by now." Similar nasty and hurtful comments were made that suggested I was not carrying myself in the manner comporting with sex stereotypes for men. On my last week, I worked 91 hours but was only paid for 82 hours; Abed told me that this was because he did not clock out on December 27, 2017 Since I was fired, I believe that Shady Abed or other men have harassed me by parking outside my home in Maryland.

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [x] gender/sex — male
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See section B above and the attached letter dated January 15, 2018 written from my former attorney to "Spike" Mendelsohn, celebrity chef and founder of Good Stuff Eatery. Also attached are my charge filed with the Arlington County Human Rights Commission.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:
- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* 10/10/2018 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I require two years of front pay at my $31,200 per annum shift manager's salary, and medical benefits or their equivalent value for two years (or until I am next hired, whichever occurs first). I require an additional lump sum payment of $100,000 for the impact of the threatening, humiliating and intimidating conduct of Mr. Abed and Ms. Asiamah, and for the damage to my professional standing caused by my unwarranted termination from employment. I require that the Defendant rescind the false and fraudulent "investigation report" issued in support of my termination and notify Metropolitan Washington Airport Authority police that I never threatened my manager, as was falsely reported. I requires that Mr. Abed, any other employees, or their associates, cease circulating around my home. Finally, I require payment of attorney fees of $5,000 for the attorney who sent a demand letter and vainly attempted to negotiate this dispute with the Defendants in 2018.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/8/19

Signature of Plaintiff *[signature]*

Printed Name of Plaintiff   George Curtis

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

George Curtis
_____
Plaintiff(s),

v.

OHM Concession Group, LLC, et al.
_____
Defendant(s).

Civil Action Number: 1:19cv27-LO-JFA

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of_____.
(Title of Document)

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of "Complaint for Employment Discrimination".
(Title of Document)

Gerald Gilliard
(Name of Attorney)

1629 K St NW Washington, D.C. 20003 / Web: EmploymentLawgroupllc.com
(Address of Attorney)

N/A No Cell permitted
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

George Curtis
(Name of *Pro Se* Party (Print or Type)

[signature]
Signature of *Pro Se* Party

Executed on: 1/8/19 (Date)