IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEORGE CURTIS, )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>OHM CONCESSION GROUP, LLC, *et al.*, )<br>)<br>*Defendant.* )<br>) | Civil No. 1:19-cv-27<br><br>Hon. Liam O'Grady |

## ORDER

On April 19, 2019, the Court issued an order dismissing Plaintiff's claims without prejudice and granting Plaintiff sixty (60) days from the date of the Order to file an amended complaint (Dkt. 24). Plaintiff has not filed an amended complaint within the time permitted. For that reason and for good cause shown, Plaintiff's Complaint (Dkt. 1) is hereby **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

July 23, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge